UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

**Caption in Compliance with D.N.J. LBR 9004-1(b)**

Denise Carlon
KML Law Group, PC
216 Haddon Avenue, Suite 406
Westmont, NJ 08108
Specialized Loan Servicing LLC as  servicer for Wells
Fargo Bank, National Association as Trustee for
Structured Asset Mortgage II Inc., Greenpoint Mortgage
Funding Trustee 2006-AR3, Mortgage Pass-Through
Certificates. Series 2006-AR3

In Re:
    King, Donna C. fka Donna C. Mason, aka Donna
C. Sims

Order Filed on October 23, 2018
by Clerk
U.S. Bankruptcy Court
District of New Jersey

Case No:    <u>18-24826 ABA</u>

Hearing Date: October 23, 2018 at
10:00 A.M.

Judge:  Andrew B. Altenburg Jr.

| Recommended Local Form: | ☐ Followed | ☐ Modified |
| --- | --- | --- |

## ORDER VACATING STAY

The relief set forth on the following page is hereby ordered **ORDERED**.

    Upon the motion of <u>Specialized Loan Servicing LLC as servicer for  Wells Fargo Bank,</u>
<u>National Association as Trustee for Structured Asset Mortgage II Inc., Greenpoint Mortgage Funding</u>
<u>Trustee 2006-AR3, Mortgage Pass-Through Certificates, Seri</u>

**DATED: October 23, 2018** Bankruptcy Code Section 362(a) for relief from the auto

hereinafter set forth, and for cause shown, it is

Honorable Andrew B. Altenburg, Jr.
United States Bankruptcy Court

    ORDERED that the automatic stay is vacated to permit the movant to institute or resume
and prosecute to conclusion one or more actions in the court(s) of appropriate jurisdiction to
pursue the movant's rights in the following:

■    Real Property More Fully Described as:

**Land and premises commonly known as Lot 5, 23 and 24 , Block 2001, 110 W. Kennedy Drive, Egg Harbor Township NJ 08234**

☐    Personal Property More Fully Describes as:

It is further ORDERED that the movant, its successors or assignees, may proceed with its rights and remedies under the terms of the subject mortgage and pursue its state court remedies including, but not limited to, taking the Property to Sheriff's Sale, in addition to potentially pursuing other loss mitigation alternatives, including, but not limited to, a loan modification, short sale or deed-in-lieu foreclosure.  Additionally, any purchaser of the property at sheriff's sale (or purchaser's assignee) may take any legal action for enforcement of its right to possession of the property.

It is further ORDERED that the movant may join the debtor and any trustee appointed in this case as defendants in its action(s) irrespective of any conversion to any other chapter of the Bankruptcy Code.

The movant shall serve this order on the debtor, any trustee and any other party who entered an appearance on the motion.

*rev. 7/12/16*

United States Bankruptcy Court
District of New Jersey

In re:                                                                      Case No. 18-24826-ABA
Donna C. King                                                               Chapter 7
        Debtor

## CERTIFICATE OF NOTICE

District/off: 0312-1          User: admin              Page 1 of 1              Date Rcvd: Oct 24, 2018
                             Form ID: pdf903           Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Oct 26, 2018.
db             +Donna C. King,    110 W. Kennedy Drive,    Egg Harbor Township, NJ 08234-5467

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                        TOTAL: 0

        ***** BYPASSED RECIPIENTS *****
NONE.                                                                                        TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.


**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner
shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social
Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required
by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Oct 26, 2018                              Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on October 24, 2018 at the address(es) listed below:
            Brian  Thomas   on behalf of Trustee Brian  Thomas brian@brianthomaslaw.com,
             bthomas@ecf.epiqsystems.com
            Brian  Thomas   brian@brianthomaslaw.com,  bthomas@ecf.epiqsystems.com
            Bruno  Bellucci, III   on behalf of Debtor Donna C. King jkearney@belluccilaw.net,
             bbellucci@belluccilaw.net,lcanizzaro@belluccilaw.net,kpalermo@belluccilaw.net,
             ddillhoff@belluccilaw.net
            Denise E. Carlon   on behalf of Creditor   Wells Fargo Bank, National Association as Trustee for
             Structured Asset Mortgage II Inc., Greenpoint Mortgage Funding Trustee 2006-AR3, Mortgage
             Pass-Through Certificates, Series 2006-AR3 dcarlon@kmllawgroup.com,  bkgroup@kmllawgroup.com
            John R. Morton, Jr.   on behalf of Creditor   ACAR Leasing LTD d/b/a GM Financial Leasing
             ecfmail@mortoncraig.com,  mortoncraigecf@gmail.com
            Rebecca Ann Solarz   on behalf of Creditor   Wells Fargo Bank, National Association as Trustee
             for Structured Asset Mortgage II Inc., Greenpoint Mortgage Funding Trustee 2006-AR3, Mortgage
             Pass-Through Certificates, Series 2006-AR3 rsolarz@kmllawgroup.com
            U.S. Trustee   USTPRegion03.NE.ECF@usdoj.gov
                                                                                        TOTAL: 7