**Information to identify the case:**

| | | |
|---|---|---|
| Debtor 1 | Donna C. King <br> First Name   Middle Name   Last Name | Social Security number or ITIN   xxx−xx−1259 <br> EIN   _ _−_ _ _ _ _ _ _ |
| Debtor 2 <br> (Spouse, if filing) | First Name   Middle Name   Last Name | Social Security number or ITIN   _ _ _ _ <br> EIN   _ _−_ _ _ _ _ _ _ |
| United States Bankruptcy Court | District of New Jersey | |
| Case number: | 18−24826−ABA | |

# Order of Discharge 12/15

**IT IS ORDERED:** A discharge under 11 U.S.C. § 727 is granted to:

Donna C. King
aka Donna C. Sims, fka Donna C. Mason

10/26/18                                   **By the court:**   Andrew B. Altenburg Jr.
                                                                United States Bankruptcy Judge

**Explanation of Bankruptcy Discharge in a Chapter 7 Case**

This order does not close or dismiss the case, and it does not determine how much money, if any, the trustee will pay creditors.

**Creditors cannot collect discharged debts**

This order means that no one may make any attempt to collect a discharged debt from the debtors personally. For example, creditors cannot sue, garnish wages, assert a deficiency, or otherwise try to collect from the debtors personally on discharged debts. Creditors cannot contact the debtors by mail, phone, or otherwise in any attempt to collect the debt personally. Creditors who violate this order can be required to pay debtors damages and attorney's fees.

However, a creditor with a lien may enforce a claim against the debtors' property subject to that lien unless the lien was avoided or eliminated. For example, a creditor may have the right to foreclose a home mortgage or repossess an automobile.

This order does not prevent debtors from paying any debt voluntarily or from paying reaffirmed debts according to the reaffirmation agreement. 11 U.S.C. § 524(c), (f).

**Most debts are discharged**

Most debts are covered by the discharge, but not all. Generally, a discharge removes the debtors' personal liability for debts owed before the debtors' bankruptcy case was filed.

Also, if this case began under a different chapter of the Bankruptcy Code and was later converted to chapter 7, debts owed before the conversion are discharged.

In a case involving community property: Special rules protect certain community property owned by the debtor's spouse, even if that spouse did not file a bankruptcy case.

**For more information, see page 2 >**

**Some debts are not discharged**
Examples of debts that are not discharged are:

- debts that are domestic support obligations;

- debts for most student loans;

- debts for most taxes;

- debts that the bankruptcy court has decided or will decide are not discharged in this bankruptcy case;

- debts for most fines, penalties, forfeitures, or criminal restitution obligations;

- some debts which the debtors did not properly list;

- debts for certain types of loans owed to pension, profit sharing, stock bonus, or retirement plans; and

- debts for death or personal injury caused by operating a vehicle while intoxicated.

Also, debts covered by a valid reaffirmation agreement are not discharged.

In addition, this discharge does not stop creditors from collecting from anyone else who is also liable on the debt, such as an insurance company or a person who cosigned or guaranteed a loan.

> **This information is only a general summary of the bankruptcy discharge; some exceptions exist. Because the law is complicated, you should consult an attorney to determine the exact effect of the discharge in this case.**

```
                        United States Bankruptcy Court
                              District of New Jersey

In re:                                                          Case No. 18-24826-ABA
Donna C. King                                                   Chapter 7
         Debtor
                              CERTIFICATE OF NOTICE
District/off: 0312-1          User: admin              Page 1 of 2       Date Rcvd: Oct 26, 2018
                              Form ID: 318             Total Noticed: 24

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Oct 28, 2018.
db             +Donna C. King,    110 W. Kennedy Drive,    Egg Harbor Township, NJ 08234-5467
cr             +ACAR Leasing LTD d/b/a GM Financial Leasing,    4000 Embarcadero Dr.,   Arlington, TX 76014-4101
517662600      +American Heritage FCU,    3110 Grant Avenue,    Philadelphia, PA 19114-2542
517662602      +Boscovs / Comenity Capital Bank,    PO Box 182120,    Columbus, OH 43218-2120
517662605       Credibly Inc.,    1250 Kirtz Blvd. Ste. 100,    New York, NY 10010
517662608      +Fedloan Servicing,    PO Box 60610,   Harrisburg, PA 17106-0610
517662609      +GM Financial Leasing,    801 Cherry Street, Ste. 3500,    Fort Worth, TX 76102-6854
517662610      +Helzberg's Diamond / Capital One,    PO Box 30253,    Salt Lake City, UT 84130-0253
517662612       Macys / DSNB,    PO Box 8218,   Monroe, OH 45050
517662616      +Specialized Loan Servicing,    8742 Luscent Blvd. Ste. 300,    Littleton, CO 80129-2386

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
tr             +EDI: QBTHOMAS.COM Oct 27 2018 03:53:00      Brian Thomas,   Brian Thomas, Esq,
                 327 Central Avenue,    Suite 103,   Linwood, NJ 08221-2026
smg             E-mail/Text: usanj.njbankr@usdoj.gov Oct 27 2018 00:22:57      U.S. Attorney,   970 Broad St.,
                 Room 502,   Rodino Federal Bldg.,    Newark, NJ  07102-2534
smg            +E-mail/Text: ustpregion03.ne.ecf@usdoj.gov Oct 27 2018 00:22:53      United States Trustee,
                 Office of the United States Trustee,    1085 Raymond Blvd.,   One Newark Center,   Suite 2100,
                 Newark, NJ 07102-5235
517662599      +EDI: AMEREXPR.COM Oct 27 2018 03:53:00      American Express,   PO Box 981537,
                 El Paso, TX 79998-1537
517662601       EDI: BANKAMER.COM Oct 27 2018 03:53:00      Bank of America,   PO Box 982238,
                 El Paso, TX 79998
517662603      +EDI: CAPITALONE.COM Oct 27 2018 03:53:00      Capital One Bank USA,   PO Box 30281,
                 Salt Lake City, UT 84130-0281
517662604      +EDI: WFNNB.COM Oct 27 2018 03:53:00      Comenity Capital Bank /Lexus,   PO Box 182120,
                 Columbus, OH 43218-2120
517662606       EDI: DISCOVER.COM Oct 27 2018 03:53:00      Discover Financial,   PO Box 15316,
                 Wilmington, DE 19850
517662607      +E-mail/Text: bankruptcydept@wyn.com Oct 27 2018 00:23:28      Fairlfield Acceptance,
                 10750 W. Charleston Ste. 130,    Las Vegas, NV 89135-1049
517662611      +EDI: IRS.COM Oct 27 2018 03:53:00      Internal Revenue Service,   PO Box 7346,
                 Philadelphia, PA 19101-7346
517662613      +E-mail/Text: rsschmelz@merchantsacceptance.com Oct 27 2018 00:23:30      Merchants Acceptance,
                 PO Box 50690,    Bellevue, WA 98015-0690
517662614      +E-mail/Text: bankruptcy@pinnaclerecovery.com Oct 27 2018 00:24:18      Pinnacle Recovery Inc.,
                 PO Box 130848,    Carlsbad, CA 92013-0848
517662615      +EDI: RMSC.COM Oct 27 2018 03:53:00      Sams Club / SYNCB,   PO Box 965005,
                 Orlando, FL 32896-5005
517665227      +EDI: RMSC.COM Oct 27 2018 03:53:00      Synchrony Bank,   c/o of PRA Receivables Management, LLC,
                 PO Box 41021,    Norfolk, VA 23541-1021
                                                                                               TOTAL: 14

             ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
aty*           +Brian Thomas,    Brian Thomas, Esq,    327 Central Avenue,    Suite 103,   Linwood, NJ 08221-2026
                                                                                             TOTALS: 0, * 1, ## 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.
```

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Oct 28, 2018                                    Signature:   /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

```
District/off: 0312-1           User: admin              Page 2 of 2             Date Rcvd: Oct 26, 2018
                               Form ID: 318             Total Noticed: 24
```

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on October 26, 2018 at the address(es) listed below:

        Brian    Thomas     on behalf of Trustee Brian   Thomas brian@brianthomaslaw.com, bthomas@ecf.epiqsystems.com
        Brian    Thomas    brian@brianthomaslaw.com,   bthomas@ecf.epiqsystems.com
        Bruno   Bellucci, III    on behalf of Debtor Donna C. King jkearney@belluccilaw.net, bbellucci@belluccilaw.net,lcanizzaro@belluccilaw.net,kpalermo@belluccilaw.net, ddillhoff@belluccilaw.net
        Denise E. Carlon    on behalf of Creditor    Wells Fargo Bank, National Association as Trustee for Structured Asset Mortgage II Inc., Greenpoint Mortgage Funding Trustee 2006-AR3, Mortgage Pass-Through Certificates, Series 2006-AR3 dcarlon@kmllawgroup.com,   bkgroup@kmllawgroup.com
        John R. Morton, Jr.    on behalf of Creditor    ACAR Leasing LTD d/b/a GM Financial Leasing ecfmail@mortoncraig.com,   mortoncraigecf@gmail.com
        Rebecca Ann Solarz    on behalf of Creditor    Wells Fargo Bank, National Association as Trustee for Structured Asset Mortgage II Inc., Greenpoint Mortgage Funding Trustee 2006-AR3, Mortgage Pass-Through Certificates, Series 2006-AR3 rsolarz@kmllawgroup.com
        U.S. Trustee    USTPRegion03.NE.ECF@usdoj.gov

        TOTAL: 7