Form 177 – fnldec

# UNITED STATES BANKRUPTCY COURT

District of New Jersey
401 Market Street
Camden, NJ 08102

        Case No.:   18−24826−ABA
        Chapter:   7
        Judge:   Andrew B. Altenburg Jr.

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):
   Donna C. King
   aka Donna C. Sims, fka Donna C. Mason
   110 W. Kennedy Drive
   Egg Harbor Township, NJ 08234

Social Security No.:
   xxx−xx−1259

Employer's Tax I.D. No.:

## FINAL DECREE

   The estate of the above named debtor(s) has been fully administered.

   If this case is a Chapter 11 or 13, the deposit required by the plan will be distributed, and it is

   ORDERED that Brian Thomas is discharged as trustee of the estate of the above named debtor(s) and the bond is canceled; and the case of the above named debtor(s) is closed.


Dated: <u>November 6, 2018</u>                <u>Andrew B. Altenburg Jr.</u>
                                                Judge, United States Bankruptcy Court